UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00028-MOC-DSC

| | |
|---|---|
| **NORRIS ALLEN, RODNEY MILLER, JANICE SUGGS, RON ROLLINS, JERRY DIXON, and ERIC HOLMBERG,**     Plaintiffs, Vs. **EXPRESS COURIER INTERNATIONAL, INC. and EMP LSO HOLDING CORPORATION,**     Defendants. | ORDER |

**THIS MATTER** is before the court on its own motion following the filing of the parties' Joint Status Report, in which the parties have notified the Court that they have reached a settlement in this matter and they, therefore, seek an order from the Court holding all scheduled deadlines in abeyance to give the parties time to execute the settlement.

**IT IS THEREFORE ORDERED** that all deadlines in this matter are hereby held in abeyance pending settlement by the parties.

Signed: May 31, 2019

Max O. Cogburn Jr
United States District Judge