IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NORRIS ALLEN *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No. 3:18-cv-28-MOC-DSC |
| EXPRESS COURIER INTERNATIONAL INC. and EMP LSO HOLDING CORPORATION | )<br>)<br>)<br>)<br>) |
| Defendants. | |

## **ORDER**

NOW, on the date set forth below, upon the Parties' Joint Motion to Transfer Venue to Finalize Settlement (document #39), the Parties' Motion is GRANTED and the Clerk is directed to transfer this case to the Southern District of Texas, Houston Division.

**SO ORDERED.**

Signed: January 17, 2020

_____
David S. Cayer
United States Magistrate Judge