United States District Court
Southern District of Texas
**ENTERED**
October 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NORRIS ALLEN and JERRY DIXON and ERIC HOLMBERG, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> EXPRESS COURIER INTERNATIONAL, INC. and EMP LSO HOLDING CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:20-CV-00198 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDDICE

Before the Court is the parties' Joint motion to dismiss with prejudice (Dkt. No. 54). The parties represent that all payments required under their settlement agreement have been remitted to the settlement administrator and that no active issues remain for adjudication.

The parties' motion is GRANTED. The clerk is DIRECTED to close this matter.

It is so ORDERED.

SIGNED on this 25th day of October, 2021.

Kenneth M. Hoyt
United States District Judge